

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,104-01

### EX PARTE DOMINIC DWAYNE SIMS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W10-52320-N (A) IN THE 195th DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated sexual assault and sentenced to imprisonment for sixty years.

The Applicant alleges, *inter alia*, that his trial counsel rendered ineffective assistance in this case. The State responded to this allegation as follows, in pertinent part:

> The State requests that the Court designate the issue of whether applicant was denied the effective assistance of counsel as the issue to be resolved in the instant proceeding. In furtherance of that investigation, the State asks the Court to order applicant's trial counsel, ANTONIUS (TON) MASSAR, to file an affidavit

summarizing the actions taken to represent the applicant and responding to the allegations contained in the application.

On October 22, 2014, a timely order designating issues was signed by the trial court ordering counsel to file an affidavit responding to Applicant's allegations of ineffective assistance during his trial. The habeas record has was then properly forwarded to this Court, but without the designated issues having been resolved by the trial court. We remand this application to the 195th District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.


Filed: April 29, 2015
Do not publish